# Exhibit 1

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   MURPHY, JOSEPH                                                5/9/24
                                                                      Date
ID# :   M42534

Facility:   MENARD

This is in response to your grievance received on __03/13/2024__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 01/01/2024   Grievance Number: K4-0124-0255   Griev Loc: MEN

☐   Medical _____

☐   Dietary _____

☐   Personal Property _____

☐   Mailroom/Publications _____

☑   Staff Conduct _____ CLAIMS PREA ON C/O DUNBAR AND EXCESSIVE FORCE ON UNNAMED TACT MEMBERS 12/12/23.

☐   Commissary / Trust Fund _____

☐   Conditions (cell conditions, cleaning supplies, etc.) _____

☐   Disciplinary Report: Dated: _____ Incident # _____

☑   Other   CLAIMS PREA PROTOCOLS WERE NOT FOLLOWED/NO RAPE KIT PROVIDED WHEN REQUESTED.

**Based on a review of all available information, this office has determined your grievance to be:**

☐   Affirmed

☐   Denied, in accordance with DR504F, this is an administrative decision.

☐   Denied, this office finds the issue was appropriately addressed by the facility Administration.

☑   Other:   RESOLVED; AN INVESTIGATION INTO THE INCIDENT IS ONGOING.

☐   Denied as the facility is following the procedures outlined in DR525.

☐   Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐   Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____        CONCURRED: _____
                Jeremy Bonnett                                    Latoya Hughes
                Administrative Review Board                       Acting Director

CC:  Warden, __MENARD__ _____ Correctional Center
     MURPHY, JOSEPH _____ , ID# _M42534_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**