# Exhibit 2

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:    MURPHY, JOSEPH      5/29/24
     Date

ID# :    M42534

Facility:    MENARD

This is in response to your grievance received on **05/09/2024**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 02/22/2024    **Grievance Number:** K4-0224-1187    **Griev Loc:** MEN

- ☐ Medical _____
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☑ Staff Conduct   CLAIMS STAFF MISCONDUCT/RETALIATION ON C/O TYNER, KARONDO AND SGT. JONES 1/29/24
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☑ Disciplinary Report: Dated: 1/29/24, 2/19/24   Incident # 202400318, 202400500
- ☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: MIXED; PER I/A, AN INVESTIGATION IS ONGOING INTO STAFF MISCONDUCT CLAIM (RESOLVED). DR's STAND AS THERE

IS NO VIOLATION OF DUE PROCESS IN ACCORDANCE WITH DR 504.80 AND 504.30. HOWEVER, THE 215 IS UNSUBSTANTIATED AND

IT IS TO BE REDUCE TO 313 (202400318).

FOR THE BOARD: _____
Jeremy Bonnett
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, MENARD _____ Correctional Center
MURPHY, JOSEPH _____ ID# M42534
Records office , Adjustment Committee (MEN)

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**